# FRANDZEL ROBINS BLOOM & CSATO, L.C.
LAWYERS
WWW.FRANDZEL.COM

**LOS ANGELES OFFICE**

6500 WILSHIRE BOULEVARD
SEVENTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
TELEPHONE (323) 852-1000
FACSIMILE (323) 651-2577

E-MAIL: EPANG@FRANDZEL.COM

**SAN FRANCISCO OFFICE**

ONE BUSH STREET
TWENTY-THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 788-7400
FACSIMILE (415) 291-9153

OUR FILE # 78410-023
REPLY TO LOS ANGELES

FILED IN CLERK'S OFFICE
2004 MAR 12 A 10:4[?]
U.S. DISTRICT COURT
DISTRICT OF MASS.

MBD 04-40004

March 11, 2004

BY FEDERAL EXPRESS

Clerk of the District Court
District of Massachusetts
595 Main Street, Room 502
Worcester, MA 01608

Re: Securities and Exchange Commission vs. MX Factors, LLC etc.
U.S. District Court Case No. ED CV04-223 VAP (SGLx)

Dear Clerk:

Enclosed please find certified copies of the First Amended Complaint; Preliminary Injunction and Orders, etc. against Defendants MX Factors, LLC and Richard M. Harkless; Plaintiff SEC's and Defendant Randall W. Harding's Stipulation and Preliminary Injunction and Orders, etc.; and Stipulation between Plaintiff SEC and Defendant Daniel Berardi and Thomas Hawkesworth, etc. with copies; copies of the first page of each document, a check for $39.00 and a federal express return envelope.

As counsel for the Receiver, Robb Evans, we are requesting that you file these documents with the U.S. District Court, District of Massachusetts and assign a miscellaneous case number. These documents are required to be filed pursuant to 28 U.S.C. § 754 in order to enable the Receiver to assert jurisdiction and control of property located within such district. A copy of 28 U.S.C. § 754 accompanies this letter.

Please conform the copies of the documents with your court's miscellaneous case number and return them to our office in the envelope provided for your convenience. Should you have any questions, please do not hesitate to contact me at (323) 852-1000, extension 283. Thank you very much for your assistance in this matter.

Very truly yours,

FRANDZEL ROBINS BLOOM & CSATO, L.C.

*Eleane Pang*

By: ELEANE PANG, Paralegal

EP:ep
Enclosures

374044.1